No. 1120, Misc.   CRUTCHER ET AL. v. UNITED STATES.
C. A. 2d Cir.   Certiorari denied.   *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 1158, Misc.   HYLER v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   *Solicitor General Griswold, Acting Assistant Attorney General Kossack,* and *Beatrice Rosenberg* for the United States.

No. 1161, Misc.   JACKSON v. KANSAS.   Sup. Ct. Kan. Certiorari denied.   *Charles S. Scott* for petitioner. *Robert C. Londerholm,* Attorney General of Kansas, *Richard H. Seaton,* Assistant Attorney General, and *Robert D. Hecht* for respondent.

No. 1162, Misc.   DAVIS v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   *Thomas G. Lilly* for petitioner. *Solicitor General Griswold, Acting Assistant Attorney General Kossack, Beatrice Rosenberg,* and *Paul C. Summitt* for the United States.

No. 1193, Misc.   McGEE v. UNITED STATES.   C. A. 10th Cir.   Certiorari denied.   *Solicitor General Griswold, Acting Assistant Attorney General Kossack, Beatrice Rosenberg,* and *Sidney M. Glazer* for the United States.

No. 1183, Misc.   GENOVESE ET AL. v. UNITED STATES.
C. A. 4th Cir.   Certiorari denied.   *Solicitor General Griswold* for the United States.